1032

[No. 60738-3-I.   Division One.   March 10, 2008.]

MARK DURBIN, *Appellant*, v. SEATTLE ETHICS AND ELECTIONS COMMISSION ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-15780-8, John P. Erlick, J., entered June 15, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 34328-2-II.   Division Two.   March 11, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. CORY LAMONT THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-02436-6, Serjio Armijo, J., entered January 3, 2006. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Van Deren, J.

[No. 35057-2-II.   Division Two.   March 11, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY MICHAEL KELLY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-00889-1, Thomas Felnagle, J., entered June 2, 2006. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Armstrong and Hunt, JJ.